IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VOLTEON LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-01099-JRG |
| | § | |
| SHENZHEN DOONGEE HENG TONG TECHNOLOGY LTD., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal With Prejudice (the "Notice") filed by Plaintiff Volteon LLC ("Plaintiff"). (Dkt. No. 6.) In the Motion, Plaintiff voluntarily dismisses the above-captioned case against Defendant Shenzhen Doogee Heng Tong Technology Ltd. ("Defendant") with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id.* at 1.) Defendant has not yet answered the Complaint or moved for summary judgment. (*Id.*)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case between Plaintiff and Defendant not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 12th day of February, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE